UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 14-716-GW (KS)                                                     Date: June 3, 2016

Title   *Maria Quijano v. D.K. Johnson*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 7, 2015, Petitioner filed a request for an order setting a briefing schedule permitting the filing of a Motion to Amend. (Dkt. No. 35.) On December 8, 2015, the Court granted Petitioner's request and ordered Petitioner to file a motion for stay-and-abeyance "within 14 days of [any] order granting the motion to amend." (Dkt. No. 36; *see also* Dkt. No. 46 ("If amendment is granted, Petitioner will seek a stay while she exhausts the newly asserted claims.").) On May 18, 2016, the Court issued an order granting Petitioner's motion to amend. (Dkt. No. 52.) Accordingly, pursuant to the briefing schedule requested by Petitioner and ordered by the Court, Petitioner's motion for stay-and-abeyance was due no later than May 31, 2016. That deadline has now passed and the Court has neither received the motion for stay-and-abeyance nor any communication from Petitioner concerning her case.

Accordingly, **Petitioner is ORDERED TO SHOW CAUSE no later than June 17, 2016 why this matter should not be dismissed for failure to prosecute, failure to comply with court orders, and filing a "mixed" petition for writ of habeas corpus**. Petitioner may discharge this order by filing the promised motion for stay-and-abeyance on or before the June 17, 2016 deadline.

:
**Initials of Preparer**   rhw