JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA QUIJANO,** ) | **NO. CV 14-716-GW (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **DERRAL ADAMS, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

    Pursuant to the Court's Order Accepting Final Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 16, 2018

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE